**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Justice, et al., <br><br> Defendants. | No. CV-25-00127-TUC-RM <br><br> **ORDER** |

Pending before the Court is the parties' second Stipulated Motion to Extend Deadline to Respond to Complaint. (Doc. 13.) The parties aver that they are still working to resolve this case without further involvement from the Court and request an additional 45 days to facilitate this process. (*Id.*) Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 13) is **approved**. Defendant shall answer or otherwise respond to Plaintiffs' Complaint on or before **July 7, 2025**.

Dated this 21st day of May, 2025.

_____
Honorable Rosemary Márquez
United States District Judge