# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Justice, et al., <br><br> Defendants. | No. CV-25-00127-TUC-RM <br><br> **ORDER** |

Pending before the Court is the parties' fourth Stipulated Motion to Extend Deadline to Respond to Complaint and Joint Proposed Scheduling Order ("the Motion"). (Doc. 17.)

First, the parties request a 60-day extension of Defendants' deadline to respond to Plaintiff's complaint. (*Id.* at 1.) In support of this request, the parties aver that they are working together to resolve or significantly narrow the Freedom of Information Act ("FOIA") claim at issue in this action without the involvement of the Court. (*Id.*) The parties also aver that Plaintiffs have submitted a second FOIA request to Defendants since filing the Complaint forming the basis of this action, and that Defendants are in the process of responding to that second request. (*Id.*) The Motion explains that Defendants' response to the second FOIA request may eliminate the need to pursue the FOIA claim detailed in the Complaint, cause Plaintiffs to seek to amend the Complaint, or both. (*Id.* at 1-2.) The Court finds good cause to grant the requested extension of time.

Second, the Motion includes the parties' Joint Proposed Scheduling Order. (*Id.* at 2-4.) The Court has reviewed the parties' proposed deadlines and finds them reasonable.

Accordingly,

**IT IS ORDERED** that the Stipulated Motion to Extend Deadline to Respond to Complaint (Doc. 17) is **granted**. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before **October 17, 2025**.

**IT IS FURTHER ORDERED:**

1. <u>Initial Disclosures.</u> The parties have stipulated to waiving Federal Rule of Civil Procedure 26(a)(1) initial disclosures.

2. <u>Joining Parties and Amending Pleadings.</u> The deadline for joining parties and amending pleadings is **December 16, 2025**.

3. <u>Discovery.</u> All discovery is stayed until after the Court has ruled on summary judgment motions unless Plaintiffs show cause why discovery is necessary to respond to Defendants' motion for summary judgment.

4. <u>Dispositive Motions.</u> The following deadlines govern cross-motions for summary judgment:

    a. Defendants' motion for summary judgment is due on or before **January 30, 2026**.

    b. Plaintiffs' response/cross-motion for summary judgment is due on or before **March 3, 2026**.

    c. Defendants' reply/response to Plaintiffs' cross-motion is due on or before **April 3, 2026**.

    d. Plaintiffs' reply is due on or before **April 20, 2026**.

5. <u>Settlement Status Reports.</u> The parties shall file a joint settlement status report on **December 22, 2025**, and every **thirty (30) days** thereafter.

Dated this 25th day of August, 2025.

_____
Honorable Rosemary Márquez
United States District Judge