**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al., | No. CV-25-00127-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Justice, et al., | |
| Defendants. | |

Pending before the Court is the parties' first Stipulated Motion to Extend Deadline for Defendants to Respond to Plaintiffs' Motion for Production Order ("the first Motion") (Doc. 32) and the parties' second Stipulated Motion to Extend Deadline for Defendants to Respond to Plaintiffs' Motion for Production Order ("the second Motion") (Doc. 33). In the first Motion, the parties move the Court to extend Defendants' deadline to respond to Plaintiffs' Motion for Production Order from March 18, 2026, to March 25, 2026. (Doc. 32.) In the second Motion, the parties move the Court to extend Defendants' deadline to respond to Plaintiffs' Motion for Production Order by an additional fourteen days, up to and including April 8, 2026. (Doc. 33.) In both Motions, the parties explain that the requested extension of time will allow the parties to confer about the Freedom of Information Act request underlying this action, and work on an agreement regarding a production schedule. (Docs. 32, 33.) The Court will deny the first Motion as moot, and, good cause appearing, grant the second Motion.

Accordingly,

**IT IS ORDERED** that the parties' first Stipulated Motion to Extend Deadline for Defendants to Respond to Plaintiffs' Motion for Production Order (Doc. 32) is **denied as moot**.

**IT IS FURTHER ORDERED** that the parties' second Stipulated Motion to Extend Deadline for Defendants to Respond to Plaintiffs' Motion for Production Order (Doc. 33) is **granted**. Defendants shall respond to Plaintiffs' Motion for Production Order on or before **April 8, 2026**.

Dated this 30th day of March, 2026.

_____
Honorable Rosemary Márquez
United States District Judge