TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.letzkus@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al., | CV-25-000127-TUC-RM |
| Plaintiffs, | **JOINT SETTLEMENT STATUS REPORT** |
| v. | |
| United States Department of Justice, et al., | |
| Defendants. | |

Defendants United States Department of Justice and the Executive Office of Immigration Review ("EOIR") ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby submit this Joint Settlement Status Report ("JSR"), pursuant to the Court's order (Doc. 36). The Parties inform the Court that Defendants continue to review records potentially responsive to Plaintiffs' pending FOIA requests. As of the filing of this JSR, Defendants believe they are on track to produce all responsive, non-exempt material within six to eight weeks.

///

///

///

///

///

///

1

RESPECTFULLY SUBMITTED this 3rd day of June 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Sarah S. Letzkus*
SARAH S. LETZKUS
Assistant U.S. Attorney
*Attorneys for Defendant*

FLORENCE IMMIGRATION &
REFUGEE RIGHTS PROJECT

*s/Laura Belous (with permission)*
*LAURA BELOUS*
*Attorney for Plaintiff*

*AMICA CENTER FOR*
*IMMIGRANT RIGHTS*

*s/Amelia Dagen (with permission)*
*AMELIA DAGEN*
*Attorney for Plaintiff*

2