# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Department of Justice, et al.,<br><br>    Defendants. | No. CV-25-00127-TUC-RM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Amend Scheduling Order. (Doc. 42.) In the Motion, the parties request that the Court extend the case management deadlines currently in effect in the above-captioned matter by sixty days. (*Id.*) The parties submit that good cause exists for the requested extension of time because Defendants continue to review records potentially responsive to Plaintiff's Freedom of Information Act requests and work on finalizing a response. Good cause appearing,

**IT IS ORDERED** that the parties' Stipulated Motion to Amend Scheduling Order (Doc. 42) is **granted**. The deadlines set forth in the Court's April 7, 2026 Order (Doc. 36), are modified as follows:

1. Defendants' motion for summary judgment is due on or before **August 31, 2026**.
2. Plaintiffs' response/cross-motion for summary judgment is due on or before **September 30, 2026**.
3. Defendants' reply/response to Plaintiffs' cross-motion is due on or before **October 30, 2026**.

4. Plaintiffs' reply is due on or before **November 16, 2026**.

5. The parties shall file a Joint Settlement Status Report on **August 3, 2026**, and every **sixty (60) days** thereafter.

Dated this 1st day of July, 2026.

 

 

 

 

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -