Laura Belous, Esq. (AZ Bar No. 028132)
Florence Immigrant & Refugee Rights Project
P.O. Box 86299
Tucson, AZ 85754
(520) 934-7257
lbelous@firrp.org

Amelia Dagen, Esq.
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
(202) 998-3105
amelia@amicacenter.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project and Amica Center for Immigrant Rights<br>Plaintiffs,<br>v.<br>U.S. Department of Justice and Executive Office for Immigration Review<br>Defendants. | No. 4:25-cv-00127-RM<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Plaintiffs Florence Immigrant & Refugee Rights Project and Amica Center for Immigrant Rights ("Plaintiffs"), and Defendant United States Department of Justice and the Executive Office for Immigration Review ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby respectfully submit this Joint Settlement Status Report, pursuant to this Court's order (Doc. 43). The Parties inform the Court that Parties have not engaged in settlement talks. At this moment, referral to a magistrate for a settlement conference is premature because Defendants are continuing to work on the final production. Undersigned counsel for Parties continue

to correspond regarding the timeline for this final production.

Dated: August 3, 2026, by:

/s/ Amelia Dagen
Amelia Dagen, Esq.
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
(202) 998-3105
amelia@amicacenter.org
Admitted *pro hac vice*

Laura Belous (AZ Bar No. 028132)
(520) 934-7257
lbelous@firrp.org
Florence Immigrant & Refugee Rights Project
P.O. Box 86299
Tucson, AZ 85754
***Attorneys for Plaintiffs***

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Sarah S. Letzkus*
SARAH S. LETZKUS
Assistant U.S. Attorney
***Attorney for Defendants***