**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Florence Immigrant and Refugee Rights Project, et al.,

Plaintiffs,

v.

United States Department of Justice, et al.,

Defendants.

No. CV-25-00127-TUC-RM

**ORDER**

Pending before the Court is the parties' Stipulated Motion to Amend Scheduling Order. (Doc. 47.) In the Stipulated Motion, the parties request that all remaining case management deadlines in this action be extended by sixty days.[1] (*Id.*) The parties submit that good cause exists for the requested extension of deadlines because Defendants have begun producing documents relevant to Plaintiff's second Freedom of Information Act request underlying this action, and they aver that allowing Defendants time to continue the production of documents may lead to a resolution of this matter without further intervention of the Court.

Good cause appearing,

. . . .

---

[1] The parties' request encompasses the deadline to file a Joint Settlement Status Report ("JSSR"); they propose that the deadline to file a JSSR be extended from October 2, 2026, to December 1, 2026. (Doc. 47 at 2.) In its Order dated July 1, 2026, the Court directed the parties to file a JSSR on August 3, 2026, and every sixty days thereafter. (Doc. 43.) The parties filed a JSSR on August 3, 2026, and September 30, 2026, which was approximately sixty days after August 3, 2026. (Doc. 48.) Since the Court ordered the parties to file a JSSR every sixty days, the existing deadline to do so is December 1, 2026. (*See* Doc. 43.) Therefore, the Court finds no need to order modification of the JSSR deadline at this time.

**IT IS ORDERED** that the parties' Stipulated Motion to Amend Scheduling Order (Doc. 47) is **granted**. The following case management deadlines currently in effect in this matter are **extended** as set forth below:

1. Defendants' motion for summary judgment is due on or before **November 30, 2026**.
2. Plaintiffs' response/cross-motion for summary judgment is due on or before **December 30, 2026**.
3. Defendants' reply/response to Plaintiffs' cross-motion is due on or before **January 29, 2027**.
4. Plaintiffs' reply is due on or before **February 15, 2027**.

Dated this 5th day of October, 2026.

Honorable Rosemary Márquez
United States District Judge